**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
■ 7th  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Alberto Larroche        JOINT DEBTOR:_____        CASE NO.: 13-16490-AJC
Last Four Digits of SS# 1560        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,659.26 for months    1    to   32  ;
    B.    $ 4,720.18 for months   33    to   33  ;
    C.    $ 4,545.37 for months   34    to   60  ;

Administrative:

**( Robert Sanchez, Esq )**
Attorney's Fee:    $ 3,650.00 + $1,500.00 (2 MTV)alue) + $1,800.00 (LMM) = $6,950.00
TOTAL PAID:    $1,800.00
Balance Due:    $ 5,150.00        payable $160.94/month (Months  1  to  32 )

**( Freire & Gonzalez, P.A.,)**
Attorney's Fee:    $2,500.00 (MMM) + $1,575.00 (MTM) = $4,075.00
TOTAL PAID:    $1,050.00
Balance Due:    $3,025.00        payable $ 94.53/month (Months  1  to  32 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. JPMorgan Chase Bank, N.A.,        Arrearage on Petition Date        $ 66,907.53
Address: 3415 Vision Drive            Arrears Payment    $  324.54/month (Months   1   to   32  )
         Columbus, OH 43219           Arrears Payment    $ 2,170.36/month (Months  33   to   33  )
Account No: 1589843431               Arrears Payment    $ 2,013.03/month (Months  34   to   60  )
                                     Regular Payment    $ 1,020.92/month (Months   1   to   32  )
                                     Regular Payment    $ 2,070.11/month (Months  33   to   60  )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America 4161 Piedmont Pkwy Greensboro, NC 27410 Acct No.: 3299 | Property Address: 4910 SW 98th Avenue Road Miami, FL 33165 Value $ 98,00.00 | 0% | $0.00 | ____ to ____ | $0.00 |
| Wells Fargo Financial P.O. Box 3117 Winston Salem, NC 27102 Acct No. 6193 | Property Address: 4910 SW 98th Avenue Road Miami, FL 33165 Value $ 98,00.00 | 0% | $0.00 | ____ to ____ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due  $_____
                           Payable    $_____/month (Months____ to ___) Regular Payment $_____

Unsecured Creditors: Pay $0.00/month (Months   1   to   32  ).
                    Pay $7.69/month (Months  33   to   60  ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

**Other Provisions Not Included Above**: Debtor surrenders his interest in the real property located at: 17 NE 2nd Road, Homestead, FL 33030. Nationstar Mortgage, Acct No. 6497 are granted in rem stay relief to pursue its collateral. Debtor surrenders his interest in the real property located at: 424 NE 11th Street, Homestead, FL 33030. Bank of America, Acct No.: 9964 is granted in rem stay relief to pursue its collateral. Debtor surrenders his interest in the real property located at: 4900 SW 98th Avenue Road, Miami, FL 33165. Bank of New York Mellon and Bank of America are granted in rem stay relief to pursue its collateral. The Chapter 13 trustee has requested on or before May 15 of each year during the pendency of the plan, the Debtors will file the documents listed in section 521 (f)(1)(2)(3)and(4).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____       _____
Debtor                                 Joint Debtor
Date:_____                   Date:_____

LF-31 (rev. 01/08/10)